John DOE, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2008–3139.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

## ORDER

Order Vacated, See 2008 WL 1930686.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.